**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE DEAN SANDERS,<br><br>Defendant. | Case No. 2:14-cr-00024-APG-NJK<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Chase Dean Sanders has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 34.  The United States shall file a response to the motion, if it has any, no later than July 18, 2016.  Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 16th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE