# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00024-APG-NJK |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL AND VACATING BRIEFING SCHEDULE** |
| CHASE DEAN SANDERS, | |
| Defendant. | |

Defendant Chase Dean Sanders filed a pro se motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 34.  I directed the United States to file a response to the motion, if it has any, no later than July 18, 2016. ECF No. 35.

The Federal Public Defender has filed an emergency motion to be appointed as counsel to preserve arguments Sanders may have under *Johnson* before the statute of limitations for *Johnson* claims expires on June 26, 2016. ECF No. 36.  The Federal Public Defender also requests that I vacate my prior order setting a briefing schedule so that the Federal Public Defender may file an abridged motion to vacate on Sanders' behalf.

IT IS ORDERED that the Federal Public Defender's motion to be appointed as counsel for Sanders **(ECF No. 36) is GRANTED**.

IT IS FURTHER ORDERED that the prior briefing schedule is **VACATED**.

IT IS FURTHER ORDERED that pursuant to First Amended General Order 2015-03, the Federal Public Defender may file an abridged motion to vacate on Sanders' behalf, and counsel shall supplement the abridged motion prior to December 26, 2016.

DATED this 17th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE