# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00024-APG-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DEFER RULING** |
| CHACE DEAN SANDERS, | (ECF No. 42) |
| Defendant. | |

IT IS ORDERED that defendant Chace Dean Sanders' unopposed motion to defer ruling for 30 days **(ECF No. 42) is GRANTED**. Defendant Chace Dean Sanders shall have until April 24, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Sanders' supplement.

DATED this 13th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE