UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00024-APG-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING VOLUNTARY DISMISSAL** |
| CHACE SANDERS, | |
| Defendant. | |

    Defendant Chace Dean Sanders's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 44) is granted**. I make no judgment whether a hypothetical future filing by Mr. Sanders would constitute a successive petition. The clerk of the court is directed to close this file.

    DATED this 28th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE